```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

TIMOTHY TRALIES                :
                               :
                               :     CIVIL ACTION NO. 02-4822
        Plaintiff,             :
                               :
                               :
        v.                     :
                               :
UNITED STATES OF AMERICA       :
                               :
        Defendant.

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the UNITED STATES OF AMERICA in the above-captioned matter.

```
                           _____
                           Cedric D. Bullock
                           Assistant United States Attorney
                           615 Chestnut Street, Suite 1250
                           Philadelphia, PA 19106
                           (215) 861-8413
                           PA I.D. No. 61232
```

Dated: August 14, 2002

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

        Richard C. Sokorai, Esquire
        Abraham, Bauer & Spalding, P.C.
        1600 Market Street, 5th Floor
        Philadelphia, PA 19103

                                      Cedric D. Bullock
                                      Assistant United States Attorney

Dated: August 14, 2002