IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Timothy Tralies | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : | No. 02-4822 |
| Unites States of America | : |  |
|  | : |  |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Wednesday, January 22, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                                                             Michael E. Kunz
                                                                             Clerk of Court

By:_____
Tashia C. Irving
Deputy Clerk
Phone:267-299-7071

Date:<u>October 3, 2002</u>

Copies:    Steve Iannacone, Courtroom Deputy to Judge Herbert J. Hutton
               Docket Clerk - Case File

               Counsel:       Richard C. Sokorai, Esq.
                                 Cederic D. Bullock, Esq.

ARB2.FRM